DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————

HARTFORD INSURANCE COMPANY OF THE SOUTHEAST as Third-Party
Payor for FINISH LINE BUILDERS,

Appellant,

v.

STRUCTURE SBL, INC., and LES ENTERPRISES PRICISION, INC.,

Appellees.

No. 2D2024-2755

————————————

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay Alvarez,
Judge.

Mihaela Cabulea of Butler Weihmuller Katz Craig LLP, Tampa, for
Appellant.

Ronald Isriel of Isriel Ponzoli, P.A., Miami, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, ATKINSON, and GUARD, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.